UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 13, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Vantrerius McKnight, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | Civil Action H-19-2852 |
| Helix Energy Solutions Group, Inc., | § § | |
| Defendant. | § | |

# Extension Order

By December 18, 2019, Helix Energy Solutions Group, Inc., may reply. (24)

Signed on December 12, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge