UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 24, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Vantrerius McKnight, | § | |
|           Plaintiff, | § | |
| versus | § | Civil Action H-19-2852 |
| Helix Energy Solutions Group, Inc., | § | |
|           Defendant. | § | |

### Final Judgment

Vantrerius McKnight, Clayton Fruge, and Derek Belhumeur will take nothing from Helix Energy Solutions, Inc.

Signed on February 23, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge